**File Hashes for IP Address 73.163.55.82**

**ISP:** Comcast Cable
**Physical Location:** Alexandria, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/21/2014 13:08:27 | A744D298543AB8D1E0EAE57ABA3754882B9CE8D4 | Deep Down In Me |
| 12/21/2014 13:05:38 | CE3B0EB7CC5E64216D1D6BEC4491988525EEB338 | So Young |
| 12/21/2014 12:52:50 | BBB100B0F7AF6F1BDC7CA78234D7E5DF5F79A4D1 | Summertime Lunch |
| 12/21/2014 12:35:56 | 6A38CAF27EB618E2273BD79F8ECC706082A072B7 | Why I Love Czech Girls |
| 12/21/2014 12:30:57 | AE64E35AE7E75AE973222BA3BFE1C4F7388FD915 | Perfect Timing |
| 12/21/2014 12:18:04 | 3D03F96A8D947928CACB669C7ED7EED03EEC4017 | A Dream Of You |
| 12/21/2014 09:46:22 | BDEB30764C3A98E2CBE2385628C0563EA05A5718 | Awe Inspiring Orgy |
| 12/21/2014 07:20:21 | 3B20BDCD57E98A0FBECB612F60D7057D9BDAC50C | Tight and Wet |
| 12/21/2014 06:03:52 | 88880BA49BE6AECD218F30F515D301C1527CF1D2 | Fuck Me More |
| 12/21/2014 05:58:21 | 06D3E352F4576A433BC00158669EE3BA06735A72 | New Romance |
| 12/21/2014 05:55:58 | DE24C3F03A30E1E0E3D7A2B66D4885E4A80D7549 | Still Mine |
| 12/21/2014 05:11:24 | 24FCEEC7BAF4EFF6133B8E9BBB28D770EC2CA669 | Enjoy the Ride |
| 12/07/2014 20:06:08 | FFAF80FA91AFB4DD16F5384EE37800A88C0DE61E | I Want You To Want Me |
| 12/06/2014 23:27:02 | 2F4771020A9701851F7D58DDEC8A77D916B55650 | Exposed And Aroused |
| 09/27/2014 18:31:53 | E78047F304EA7B1BE0A090AD6319FDC6288B3800 | Just Watch Part 2 |

**Total Statutory Claims Against Defendant: 15**

EVA181                                          EXHIBIT A