Copyrights-In-Suit for IP Address 73.163.55.82

**ISP:** Comcast Cable
**Location:** Alexandria, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Deep Down In Me | PA0001922955 | 11/13/2014 | 11/18/2014 | 12/21/2014 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 12/21/2014 |
| Summertime Lunch | PA0001907078 | 07/11/2014 | 07/25/2014 | 12/21/2014 |
| Why I Love Czech Girls | PA0001922272 | 11/07/2014 | 11/14/2014 | 12/21/2014 |
| Perfect Timing | PA0001895848 | 05/07/2014 | 05/16/2014 | 12/21/2014 |
| A Dream Of You | PA0001909516 | 08/15/2014 | 08/26/2014 | 12/21/2014 |
| Awe Inspiring Orgy | PA0001917712 | 10/11/2014 | 10/19/2014 | 12/21/2014 |
| Tight and Wet | PA0001923176 | 11/19/2014 | 11/23/2014 | 12/21/2014 |
| Fuck Me More | PA0001923957 | 11/22/2014 | 12/08/2014 | 12/21/2014 |
| New Romance | PA0001860972 | 08/05/2013 | 09/03/2013 | 12/21/2014 |
| Still Mine | PA0001925346 | 12/04/2014 | 12/10/2014 | 12/21/2014 |
| Enjoy the Ride | PA0001926086 | 12/18/2014 | 12/29/2014 | 12/21/2014 |
| I Want You To Want Me | PA0001925335 | 12/06/2014 | 12/10/2014 | 12/07/2014 |
| Exposed And Aroused | PA0001921293 | 11/01/2014 | 11/06/2014 | 12/06/2014 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 09/27/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 15**

EVA181

EXHIBIT B