**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                         Civil Action No. 1:15-cv-00168-AJT-MSN

JOHN DOE, subscriber assigned IP address
73.163.55.82,

        Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 73.163.55.82. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 27, 2015

                                                        Respectfully submitted,

                                                        By:    /s/ *William E. Tabot*
                                                        William E. Tabot PC
                                                        9248 Mosby Street
                                                        Manassas, VA 20110-5038
                                                        Phone: 703-530-7075
                                                        Email: wetabotesq@wetlawfirm.com
                                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 27, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: /s/ *William E. Tabot*_____
                William E. Tabot